UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD F. DAVIS; REGINA C. DAVIS,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>CITIZENS BANK, N.A.; CITIZENS ONE HOME LOANS,<br><br>                    Defendants. | 20-CV-5584 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 26, 2021, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated:   July 26, 2021
           New York, New York

                                                              _Louis L. Stanton_
                                                                 Louis L. Stanton
                                                                      U.S.D.J.